### IN THE UNITED STATED DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| SYMBOLOGY INNOVATIONS, LLC | § | |
| | § | |
| Plaintiff, | § | Case No: 2:15-cv-01169-RWS-RSP |
| | § | |
| vs. | § | LEAD CASE |
| | § | |
| ADAMS EXTRACT | § | |
| | § | |
| Defendants. | § | |
| _____ | § | |
| | § | |
| SYMBOLOGY INNOVATIONS, LLC | § | |
| | § | |
| Plaintiff, | § | Case No: 2:15-cv-01176-JRG-RSP |
| | § | |
| vs. | § | CONSOLIDATED CASE |
| | § | |
| GOVERNMENT EMPLOYEES | § | |
| INSURANCE COMPANY d/b/a GEICO | § | |
| | § | |
| Defendants. | § | |
| _____ | § | |

### **ORDER OF DISMISSAL WITHOUT PREJUDICE**

On this day, the Court considered Plaintiff Symbology Innovations, LLC's motion to dismiss without prejudice, in the lawsuit between Plaintiff Symbology Innovations, LLC ("Symbology") and Defendant Government Employees Insurance Company d/b/a GEICO ("GEICO"). Having considered the Motion and the pleadings in this case, the Court is of the opinion that the Motion should be, and is hereby GRANTED.

Therefore, IT IS ORDERED that all claims asserted by Symbology against GEICO and any counterclaims or other claims that Symbology may have are hereby DISMISSED WITHOUT PREJUDICE, with each party to bear its own costs, attorneys' fees and other litigation expenses.

**SIGNED this 6th day of April, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE